Writ refused. The result of Court of Appeal decision is correct.

SANDERS, J., is of the opinion that a writ should be granted.

SUMMERS, J., takes no part.

233 So.2d 560

**BOSSIER MILLWORK & SUPPLY COMPANY**

v.

**Samuel J. TOUCHSTONE et al.**

**No. 50467.**

April 20, 1970.

In re: Bossier Millwork & Supply Company applying for certiorari or writ of review, to the Court of Appeal, Second Circuit, Parish of Bossier. 232 So.2d 117.

Writ refused. The result is correct.

FOURNET, C. J., and BARHAM, J., are of the opinion the writ should be granted. The appellate court has failed to accord appellate review as required by law.